1  JERRY S. BUSBY
   Nevada Bar #001107
2  GREGORY A. KRAEMER
   Nevada Bar #010911
3  COOPER LEVENSON, P.A.
   1835 Village Center Circle
4  Las Vegas, Nevada 89134
   (702) 366-1125
5  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
6  gkraemer@cooperlevenson.com

7  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUSAN ABASSI;<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC.; DOES I through X; and ROE CORPORATIONS I through X, inclusive;<br><br>Defendants. | CASE NO. 2:19-cv-00812-GMN-VCF<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

WHEREAS, the parties hereto have agreed upon a full and final settlement of all claims in this case;

IT IS HEREBY STIPULATED AND AGREED by and between Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Karla M. Gabour, Esq. of the HEIDARI LAW GROUP as counsel for Plaintiff SUSAN ABASSI as follows:

1. Plaintiff SUSAN ABASSI'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///

///

CLAC 5298272.1

2. That any and all scheduled filings be vacated.

Respectfully submitted this 9th day of December, 2019.

| HEIDARI LAW GROUP | COOPER LEVENSON, P.A |
|---|---|
| /s/ Karla M. Gabor<br>KARLA M. GABOUR, ESQ.<br>Nevada Bar No. 13123<br>400 South Fourth Street – Suite 500<br>Las Vegas, NV 89101<br>(702) 722-1500<br>Attorneys for Plaintiff<br>SUSAN ABASSI | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**ORDER**

IT IS SO ORDERED.
Dated this 10 day of December, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

CLAC 5298272.1